JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SIMMONS, | **Case No.:** CV11-520 MMM (AJWx) |
| Plaintiff, | |
| vs. | **[~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL** |
| BEST BUY STORES, INC., AND DOES 1 through 20, Inclusive, | |
| Defendants. | |

IT IS SO ORDERED:

     The Court enters a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) as to defendant BEST BUY STORES, L.P., erroneously sued as BEST BUY STORES, INC.


Dated:  May 13, 2011

                 By: _____
                     U.S. District Court Judge